IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CITY OF BRUNSWICK, by and through its MAYOR AND BOARD OF COMMISSIONERS, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 2:24-CV-129 LGW-BWC |
| HONEYWELL INTERNATIONAL, INC., formerly known as ALLIED CHEMICAL CORPORATION, and as ALLIEDSIGNAL, INC., and THE GEORGIA POWER COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO STAY RESPONSE TO MOTIONS TO DISMISS FILED BY DEFENDANTS HONEYWELL AND GEORGIA POWER**

COMES NOW the City of Brunswick and moves the Court to stay the time for the City to respond to the Motion to Dismiss filed by Defendant Honeywell International, Inc. (Dkt. 12) and the Motion to Dismiss filed by Defendant Georgia Power Company (Dkt. 15) until thirty days after this Court has ruled on the pending Motion to Remand.

This Court should determine whether or not it has jurisdiction of this case before addressing the merits of the motions to dismiss filed by the Defendants. *Ranbaxy Laboratories, Inc. v. First Databank, Inc.*, 826 F.3d 1334, 1338 (11th Cir. 2016).

Counsel for Honeywell and Georgia Power have informed Counsel for the City of Brunswick

that they consent to the relief being requested in this motion.

Respectfully Submitted,

  *s/ John C. Bell, Jr.*
John C. Bell, Jr. (Ga. Bar No. 048600)
Pamela S. James (Ga. Bar No. 389015)
THE BELL FIRM
PO Box 1547
Augusta, GA 30903-1547
(706) 722-2014
John@bellfirm.net
Pam@bellfirm.net

Robert P. Killian (Ga. Bar No. 417575)
KILLIAN LAW FIRM LLC
47 Professional Drive
Brunswick, GA   31520
(912) 263-9520
bob@killianlawfirm.com

Brian Donald Corry (Ga. Bar No. 165557)
McQUIGG SMITH & CORRY
504 Beachview Drive Suite 3D
Saint Simons Island, GA 31522
(912) 638-1174
brian@msclawga.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This is to certify that I have e-filed the foregoing **PLAINTIFF'S MOTION TO STAY RESPONSE TO MOTIONS TO DISMISS FILED BY DEFENDANTS HONEYWELL AND GEORGIA POWER,** with the Clerk of this Court using the CM/ECF system which automatically sends email notification of the filing to counsel of record who are CM/ECF participants, and emailed a true copy of the document as follows:

Mark D. Johnson, Esq. {*mjohnson@gilbertharrelllaw.com*}
Amber M. Carter, Esq. {*acarter@gilbertharrelllaw.com*}
Gilbert, Harrell, Sumerford & Martin, P.C.
777 Gloucester Street - Suite 200
Brunswick, Georgia 31520

Benjamin H. Brewton, Esq. {*bbrewton@balch.com*}
T. Joshua R. Archer, Esq. {*jarcher@balch.com*}
Balch & Bingham LLP
801 Broad Street - Suite 800
Augusta, Georgia 30901

Brian D. Israel, Esquire {*brian.israel@arnoldporter.com*}
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743

This 10th day of December, 2024.

                                                  *s/ John C. Bell, Jr.*
                                                  John C. Bell, Jr.
                                                  Counsel for Plaintiff