# In the United States District Court for the Southern District of Georgia Brunswick Division

```
CITY OF BRUNSWICK, by and          *
through its Mayor and Board of     *
Commissioners,                     *
                                   *
        Plaintiff,                 *
                                   *
                                   *           CV 224-129
     v.                            *
                                   *
HONEYWELL INTERNATIONAL, INC.,     *
f/k/a ALLIED CHEMICAL              *
CORPORATION, f/k/a                 *
ALLIEDSIGNAL, INC.; and THE        *
GEORGIA POWER COMPANY,             *
                                   *
        Defendants.                *
```

## ORDER

Although attenuated in time and action, the undersigned had an association with this matter that barely but clearly requires recusal pursuant to 28 U.S.C. § 455(b)(2). The matter is hereby transferred to Chief Judge R. Stan Baker for further disposition.

**SO ORDERED**, this 11 day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA